Case 1:98-cv-00060  Document 9  Filed in TXSD on 07/21/1998  Page 1 of 1

United States District Court
Southern District of Texas
ENTERED
JUL 29 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED
JUL 21 1998
Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS | § § § § | |
| vs. | § § § § | CIVIL ACTION NO. B-9860 |
| BEHRMAN CHIROPRACTIC CLINICS, INC. AND FYI MARKETING SERVICES, INC. | § § § | |

## ORDER

Came on this day for consideration by the Court the motion of Raymond G. Olah to appear in this cause pro hac vice on behalf of the State of Texas. The Court finds that the motion is meritorious and, therefore, it is accordingly

ORDERED, ADJUDGED, and DECREED that the motion of Raymond G. Olah to appear in this cause on behalf of the State of Texas pro hac vice be, and hereby is GRANTED.

ENTERED this 21ST day of JULY, 1998.

_____
UNITED STATES DISTRICT JUDGE
MAGISTRATE