United States District Court
Southern District of Texas
ENTERED

AUG 07 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED

AUG · · ·

Michael N. Milby, Clerk of Court

13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS | § § § § | |
| vs. | § § § § | CIVIL ACTION NO. B-9860 |
| BEHRMAN CHIROPRACTIC CLINICS, INC. AND FYI MARKETING SERVICES, INC. | § § | |

## ORDER

CAME ON THIS DAY for consideration by the Court the Plaintiff's Unopposed Motion to Remand. The Court finds that the motion is meritorious and should be, and is hereby, GRANTED; therefore, it is accordingly

ORDERED, ADJUDGED, and DECREED that this case be remanded in its entirety to the 197th Judicial District Court, State of Texas, County of Cameron.

ENTERED this 6th day of AUG, 1998.

UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE